# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Schedule of Investor Payments to and from NASI**
**Will Morris**
**Investor Acct.: 6-0447**

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount | Profit Subject to Clawback |
|---|---|---|---|---|---|
| 6-0447 | Will Morris | $ 99,000.00 | $ (190,080.00) | $ (91,080.00) | $ (82,500.00) |

**Will Morris - Deposits to NASI**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Deposit | 09/08/03 | Will Morris | William Robert Morris Trust | 2 ATMs | $ 39,600.00 | $ 39,600.00 |
| CNB | 22413612 | Deposit | 05/19/05 | Will Morris | William Robert Morris Trust | 3 ATMs | $ 59,400.00 | $ 99,000.00 |
| | | | | | | Total | $ 99,000.00 | |

**Will Morris - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 12/01/03 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (660.00) | |
| CNB | 22413612 | Withdrawal | 12/31/03 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (1,320.00) | |
| CNB | 22413612 | Withdrawal | 02/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (1,980.00) | |
| CNB | 22413612 | Withdrawal | 03/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (2,640.00) | |
| CNB | 22413612 | Withdrawal | 05/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (3,300.00) | |
| CNB | 22413612 | Withdrawal | 06/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (3,960.00) | |
| CNB | 22413612 | Withdrawal | 07/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (4,620.00) | |
| CNB | 22413612 | Withdrawal | 04/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (5,280.00) | |
| CNB | 22413612 | Withdrawal | 08/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (5,940.00) | |
| CNB | 22413612 | Withdrawal | 09/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (6,600.00) | |
| CNB | 22413612 | Withdrawal | 10/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (7,260.00) | |
| CNB | 22413612 | Withdrawal | 11/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (7,920.00) | |
| CNB | 22413612 | Withdrawal | 12/01/04 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (8,580.00) | |
| CNB | 22413612 | Withdrawal | 01/01/05 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (9,240.00) | |
| CNB | 22413612 | Withdrawal | 02/01/05 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (9,900.00) | |
| CNB | 22413612 | Withdrawal | 03/01/05 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (10,560.00) | |
| CNB | 22413612 | Withdrawal | 04/01/05 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (11,220.00) | |
| CNB | 22413612 | Withdrawal | 05/01/05 | Will Morris | William Robert Morris Trust | | $ (660.00) | $ (11,880.00) | |
| CNB | 22413612 | Withdrawal | 06/01/05 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (13,530.00) | |
| CNB | 22413612 | Withdrawal | 07/01/05 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (15,180.00) | |
| CNB | 22413612 | Withdrawal | 08/01/05 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (16,830.00) | |
| CNB | 22413612 | Withdrawal | 09/01/05 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (18,480.00) | |
| CNB | 22413612 | Withdrawal | 10/01/05 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (20,130.00) | |
| CNB | 22413612 | Withdrawal | 11/01/05 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (21,780.00) | |
| CNB | 22414399 | Withdrawal | 12/01/05 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (23,430.00) | |
| CNB | 22414399 | Withdrawal | 01/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (25,080.00) | |
| CNB | 22414399 | Withdrawal | 02/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (26,730.00) | |
| CNB | 22414399 | Withdrawal | 04/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (28,380.00) | |
| CNB | 22414399 | Withdrawal | 05/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (30,030.00) | |
| CNB | 22414399 | Withdrawal | 06/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (31,680.00) | |
| CNB | 22414399 | Withdrawal | 07/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (33,330.00) | |
| CNB | 22414399 | Withdrawal | 08/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (34,980.00) | |
| CNB | 22414399 | Withdrawal | 09/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (36,630.00) | |
| CNB | 22414399 | Withdrawal | 10/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (38,280.00) | |
| CNB | 22414399 | Withdrawal | 11/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (39,930.00) | |
| CNB | 22414399 | Withdrawal | 12/01/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (41,580.00) | |
| CNB | 22414399 | Withdrawal | 12/31/06 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (43,230.00) | |
| CNB | 22414399 | Withdrawal | 02/01/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (44,880.00) | |
| CNB | 22414399 | Withdrawal | 03/01/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (46,530.00) | |
| CNB | 22414399 | Withdrawal | 04/01/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (48,180.00) | |
| CNB | 22414399 | Withdrawal | 05/01/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (49,830.00) | |
| CNB | 22414399 | Withdrawal | 07/01/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (51,480.00) | |
| CNB | 22414399 | Withdrawal | 08/01/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (53,130.00) | |
| CNB | 22414399 | Withdrawal | 09/10/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (54,780.00) | |
| CNB | 22414399 | Withdrawal | 10/09/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (56,430.00) | |

EXHIBIT B
PAGE 16

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 12/14/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (58,080.00) | |
| CNB | 22414399 | Withdrawal | 12/14/07 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (59,730.00) | |
| CNB | 22414399 | Withdrawal | 02/08/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (61,380.00) | |
| CNB | 22414399 | Withdrawal | 04/21/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (63,030.00) | |
| CNB | 22414399 | Withdrawal | 04/21/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (64,680.00) | |
| CNB | 22414399 | Withdrawal | 04/21/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (66,330.00) | |
| CNB | 22414399 | Withdrawal | 06/19/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (67,980.00) | |
| CNB | 22414399 | Withdrawal | 07/18/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (69,630.00) | |
| CNB | 22414399 | Withdrawal | 07/18/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (71,280.00) | |
| CNB | 22414399 | Withdrawal | 09/02/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (72,930.00) | |
| CNB | 22414399 | Withdrawal | 09/08/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (74,580.00) | |
| CNB | 22414399 | Withdrawal | 11/26/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (76,230.00) | |
| CNB | 22414399 | Withdrawal | 12/04/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (77,880.00) | |
| CNB | 22414399 | Withdrawal | 12/29/08 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (79,530.00) | |
| CNB | 22414399 | Withdrawal | 01/29/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (81,180.00) | |
| CNB | 22414399 | Withdrawal | 04/20/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (82,830.00) | |
| CNB | 22414399 | Withdrawal | 04/20/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (84,480.00) | |
| CNB | 22414399 | Withdrawal | 04/20/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (86,130.00) | |
| CNB | 22414399 | Withdrawal | 08/04/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (87,780.00) | |
| CNB | 22414399 | Withdrawal | 08/04/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (89,430.00) | |
| CNB | 22414399 | Withdrawal | 08/04/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (91,080.00) | |
| CNB | 22414399 | Withdrawal | 08/07/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (92,730.00) | |
| CNB | 22414399 | Withdrawal | 09/18/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (94,380.00) | |
| CNB | 22414399 | Withdrawal | 10/26/09 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (96,030.00) | |
| CNB | 22414399 | Withdrawal | 01/05/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (97,680.00) | |
| CNB | 22414399 | Withdrawal | 03/08/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (99,330.00) | |
| CNB | 22414399 | Withdrawal | 03/08/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (100,980.00) | |
| CNB | 22414399 | Withdrawal | 03/08/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (102,630.00) | |
| CNB | 22414399 | Withdrawal | 05/10/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (104,280.00) | |
| CNB | 22414399 | Withdrawal | 05/10/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (105,930.00) | |
| CNB | 22414399 | Withdrawal | 06/21/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (107,580.00) | |
| CNB | 22414399 | Withdrawal | 07/15/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (109,230.00) | $ (1,650.00) |
| CNB | 22414399 | Withdrawal | 08/10/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (110,880.00) | $ (3,300.00) |
| CNB | 22414399 | Withdrawal | 08/10/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (112,530.00) | $ (4,950.00) |
| CNB | 22414399 | Withdrawal | 09/24/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (114,180.00) | $ (6,600.00) |
| CNB | 22414399 | Withdrawal | 10/22/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (115,830.00) | $ (8,250.00) |
| CNB | 22414399 | Withdrawal | 11/30/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (117,480.00) | $ (9,900.00) |
| CNB | 22414399 | Withdrawal | 12/20/10 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (119,130.00) | $ (11,550.00) |
| CNB | 22414399 | Withdrawal | 02/14/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (120,780.00) | $ (13,200.00) |
| CNB | 22414399 | Withdrawal | 02/14/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (122,430.00) | $ (14,850.00) |
| CNB | 22414399 | Withdrawal | 05/16/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (124,080.00) | $ (16,500.00) |
| CNB | 22414399 | Withdrawal | 05/16/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (125,730.00) | $ (18,150.00) |
| CNB | 22414399 | Withdrawal | 05/27/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (127,380.00) | $ (19,800.00) |
| CNB | 22414399 | Withdrawal | 06/21/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (129,030.00) | $ (21,450.00) |
| CNB | 22414399 | Withdrawal | 07/13/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (130,680.00) | $ (23,100.00) |
| CNB | 22414399 | Withdrawal | 08/12/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (132,330.00) | $ (24,750.00) |
| CNB | 22414399 | Withdrawal | 09/06/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (133,980.00) | $ (26,400.00) |
| CNB | 22414399 | Withdrawal | 11/03/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (135,630.00) | $ (28,050.00) |
| CNB | 22414399 | Withdrawal | 11/03/11 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (137,280.00) | $ (29,700.00) |
| CNB | 22414399 | Withdrawal | 02/06/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (138,930.00) | $ (31,350.00) |
| CNB | 22414399 | Withdrawal | 02/06/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (140,580.00) | $ (33,000.00) |
| CNB | 22414399 | Withdrawal | 04/06/12 | Will Morris | William Robert Morris Trust | 8753 | $ (1,650.00) | $ (142,230.00) | $ (34,650.00) |
| CNB | 22414399 | Withdrawal | 04/16/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (143,880.00) | $ (36,300.00) |
| CNB | 22414399 | Withdrawal | 05/07/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (145,530.00) | $ (37,950.00) |
| CNB | 22414399 | Withdrawal | 06/05/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (147,180.00) | $ (39,600.00) |
| CNB | 22414399 | Withdrawal | 07/10/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (148,830.00) | $ (41,250.00) |
| CNB | 22414399 | Withdrawal | 08/03/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (150,480.00) | $ (42,900.00) |
| CNB | 22414399 | Withdrawal | 09/10/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (152,130.00) | $ (44,550.00) |
| CNB | 22414399 | Withdrawal | 09/10/12 | Will Morris | William Robert Morris Trust | Replaces #80171 | $ (1,650.00) | $ (153,780.00) | $ (46,200.00) |
| CNB | 22414399 | Withdrawal | 10/10/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (155,430.00) | $ (47,850.00) |
| CNB | 22414399 | Withdrawal | 11/21/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (157,080.00) | $ (49,500.00) |
| CNB | 22414399 | Withdrawal | 12/07/12 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (158,730.00) | $ (51,150.00) |
| CNB | 22414399 | Withdrawal | 01/18/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (160,380.00) | $ (52,800.00) |
| CNB | 22414399 | Withdrawal | 02/20/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (162,030.00) | $ (54,450.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 03/29/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (163,680.00) | $ (56,100.00) |
| CNB | 22414399 | Withdrawal | 04/16/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (165,330.00) | $ (57,750.00) |
| CNB | 22414399 | Withdrawal | 05/07/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (166,980.00) | $ (59,400.00) |
| CNB | 22414399 | Withdrawal | 06/17/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (168,630.00) | $ (61,050.00) |
| CNB | 22414399 | Withdrawal | 07/16/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (170,280.00) | $ (62,700.00) |
| CNB | 22414399 | Withdrawal | 09/03/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (171,930.00) | $ (64,350.00) |
| CNB | 22414399 | Withdrawal | 10/07/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (173,580.00) | $ (66,000.00) |
| CNB | 22414399 | Withdrawal | 10/07/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (175,230.00) | $ (67,650.00) |
| CNB | 22414399 | Withdrawal | 11/18/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (176,880.00) | $ (69,300.00) |
| CNB | 22414399 | Withdrawal | 12/24/13 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (178,530.00) | $ (70,950.00) |
| CNB | 22414399 | Withdrawal | 02/06/14 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (180,180.00) | $ (72,600.00) |
| CNB | 22414399 | Withdrawal | 02/06/14 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (181,830.00) | $ (74,250.00) |
| CNB | 22414399 | Withdrawal | 03/17/14 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (183,480.00) | $ (75,900.00) |
| CNB | 22414399 | Withdrawal | 04/10/14 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (185,130.00) | $ (77,550.00) |
| CNB | 22414399 | Withdrawal | 05/20/14 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (186,780.00) | $ (79,200.00) |
| CNB | 22414399 | Withdrawal | 06/19/14 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (188,430.00) | $ (80,850.00) |
| CNB | 22414399 | Withdrawal | 07/16/14 | Will Morris | William Robert Morris Trust | | $ (1,650.00) | $ (190,080.00) | $ (82,500.00) |
| | | | | | **Total** | | **$ (190,080.00)** | | **$ (82,500.00)** |