# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM J. HOFFMAN, | Case No. CV 17-5176 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WILLIAM R. MORRIS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of Judgment shall be entered in favor of plaintiff William J. Hoffman and against defendants William R. Morris, individually, and William R. Morris, as trustee of the William Robert Morris Trust, on the claim for fraudulent transfer.

2. Plaintiff shall recover against defendants William R. Morris, individually, and William R. Morris, as trustee of the William Robert Morris Trust, jointly and severally, in the amount of $82,500.

3. After entry, said judgment shall bear interest according to law.

4. Plaintiff's remaining claims against does 1 through 10 are **dismissed without prejudice**.

1     5.    Plaintiff shall serve defendants with a copy of this Order and the Judgment filed
2 contemporaneously with the filing of this Order in such a manner as to make them operative in any
3 future proceedings.

5 Dated this 30th day of November, 2017.

                                                                                              /s/
                                                       Fernando M. Olguin
                                                  United States District Judge