WHEN RECORDED MAIL TO:
Tim C. Hsu
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
Tel: (213) 622-5555
Email: thsu@allenmatkins.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver et al.<br><br>PLAINTIFF(S),<br>v.<br>WILLIAM R. MORRIS, individually and as Trustee of the WILLIAM ROBERT MORRIS TRUST<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:17-5176 FMO (KSx)<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on November 30, 2017 in favor of William J. Hoffman, Court-appointed Permanent Receiver whose address is c/o Allen Matkins, et al. 865 So. Figueroa Street, 28th Floor, Los Angeles, CA 90017 and against WILLIAM R. MORRIS, individually and as Trustee of the WILLIAM ROBERT MORRIS TRUST whose last known address is 8515 Croydon Loop, Austin, TX 78748

for $82,500.00   Principal, $ 0.00   Interest, $ 0.00   Costs, and $0.00   Attorney Fees.

ATTESTED this _____6th_____ day of December, 2017.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; 7339 (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:
WILLIAM R. MORRIS, individually and as
Trustee of the WILLIAM ROBERT MORRIS TRUST
8515 Croydon Loop
Austin, TX 78748

CLERK, U.S. DISTRICT COURT

By Derek Davis
Deputy Clerk

1183

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER


American LegalNet, Inc.
www.FormsWorkFlow.com